# Court of Appeals
# of the State of Georgia

ATLANTA,   October 17, 2013

*The Court of Appeals hereby passes the following order:*

## A14D0050.  DAVID MASSEY v. JOHN W. HEMMINGS.

David Massey filed this application for discretionary appeal seeking review of the trial court's order denying his petition for a stalking protective order against John Hemmings, and awarding attorney fees to Hemmings pursuant to OCGA § 16-5-94 (d) (3).  The order appealed from constitutes a final order for which no application is required.  See *De Louis v. Sheppard*, 277 Ga. App. 768 (627 SE2d 846) (2006). Because the order is directly appealable, this application is ordered GRANTED pursuant to OCGA § 5-6-35 (j).  David Massey shall have ten days from the date of this order to file a notice of appeal, if he has not already done so.  If Massey has already filed a notice of appeal, he need not file a second notice.  The clerk of the superior court is directed to include a copy of this order in the appeal record transmitted to this Court.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/17/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*